732 S.E.2d 892

**Kenneth B. JENKINS, Respondent,**

v.

**Benjamin Scott FEW and Few Farms, Inc., Petitioners.**

**Appellate Case No.2011–188648.**

**No. 27174.**

Supreme Court of South Carolina.

Heard Sept. 20, 2012.
Decided Oct. 3, 2012.

Robert C. Childs, III, and J. Falkner Wilkes, both of Greenville, for Petitioners.

Fred W. Suggs, III, of Roe Cassidy Coates and Price, of Greenville, for Respondent.

PER CURIAM.

We granted a writ of certiorari to review the court of appeals' decision in *Jenkins v. Few*, 391 S.C. 209, 705 S.E.2d

457 (Ct.App.2010). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.